1    SULLIVAN, HILL, LEWIN, REZ & ENGEL          **Electronically Filed  9/30/05**
     A Professional Law Corporation
2      John R. Heisner, SBN 55716
       Donald G. Rez, SBN 082615
3      Barton L. Jacka, SBN 154116
     550 West "C" Street, Suite 1500
4    San Diego, California 92101
     Telephone:  (619) 233-4100
5    Fax Number: (619) 231-4372

6    SANFORD S. TROY, ESQ.
       Sanford S. Troy, SBN 83111
7    2840 Fletcher Parkway, Suite 112
     El Cajon, California 92020
8    Telephone:  (619) 588-4313
     Fax Number: (619) 588-4313
9
     CASEY, GERRY, REED & SCHENK
10     T. Michael Reed, SBN 67240
     110 Laurel Street, Suite 1500
11   San Diego, California 92101
     Telephone:  (619) 238-1811
12   Fax Number: (619) 544-9232

13   Attorneys for Plaintiff Stanley G. Miller, aka "Stanley Mouse"

14

15                 **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN JOSE DIVISION**

18   STANLEY G. MILLER, aka "STANLEY        )   Case No. C 02-04748 JW
     MOUSE",                                )
19                                          )
                  Plaintiff,                )   **STIPULATED REQUEST TO FILE**
20                                          )   **UNDER SEAL PURSUANT TO CIVIL**
     v.                                     )   **LOCAL RULES 7-10 AND 79-5**
21                                          )
     PIXAR ANIMATION STUDIOS, INC.,         )   [~~PROPOSED~~] **ORDER**
22   a/k/a PIXAR, a/k/a PIXAR TALKING       )   ~~XXXXXXXXXXX~~
     PICTURES; DISNEY ENTERPRISES,          )
23   INC., a/k/a DISNEY; and CHRONICLE      )
     BOOKS LLC,                             )
24                                          )
                  Defendants.               )
25   _____   )

26

27        Pursuant to Local Rule 7-10 and 79-5, and the Court's Stipulation And Protective Order And

28   Addendum Thereto dated March 20, 2003 (the "Protective Order"), the parties stipulate as follows:

::ODMA\PCDOCS\PCDOCS\246087\1                    -1-                        Case No. C 02-04748 JW

1    The parties agree that Stanley G. Miller, aka "Stanley Mouse", may file under seal the

2  exhibits to: REPORT OF STANLEY G. MILLER'S EXPERT WITNESS LARRY GERBRANDT.

3  Exhibit 1 predominantly contains material that, according to the representation of Defendants'

4  counsel, has been designated by Defendants as "Confidential Subject to Protective Order" in

5  accordance with the Protective Order entered in this action.

6    Therefore, the parties hereby stipulate and request that the exhibits to REPORT OF

7  STANLEY G. MILLER'S EXPERT WITNESS LARRY GERBRANDT be filed under seal.

8

9  Dated: September ___30___, 2005          GEORGE A. RILEY
                                            DAVID R. EBERHART
                                            O'MELVENY & MYERS LLP

10

11                                          By: /s/ David R. Eberhart
                                            David R. Eberhart
                                            Attorneys for Defendants
12                                          Pixar Animation Studios, Disney Enterprises,
                                            Inc. and Chronicle Books LLC

13

14  Dated: September ___30___, 2005

15                                          SANFORD S. TROY
                                            SANFORD S. TROY, ESQ.

16                                          T. MICHAEL REED
                                            CASEY, GERRY, REED & SCHENK

17
                                            AND
18

19                                          JOHN R. HEISNER
                                            DONALD G. REZ
                                            BARTON L. JACKA
20                                          SULLIVAN, HILL, LEWIN, REZ & ENGEL

21                                          By: /s/ Barton L. Jacka
                                            Barton L. Jacka
22                                          Attorneys for Plaintiff Stanley G. Miller

23  Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

24  under penalty of perjury that concurrence in the filing of the document has been obtained from

25  David R. Eberhart.

26  ///

27  ///

28  ///

1

## [PROPOSED] ORDER

2      PURSUANT TO STIPULATION, and finding good cause,

3      IT IS HEREBY ORDERED that the request to file under seal the exhibits to REPORT OF

4   STANLEY G. MILLER'S EXPERT WITNESS LARRY GERBRANDT, is hereby

5      GRANTED, and the documents will be filed under seal.

6

7   Dated: Oct. 03 _____, 2005

8                                              /s/ James Ware
                                              The Honorable James Ware
                                              United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28