| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) |
| | DAVID R. EBERHART (S.B. #195474) |
| 2 | O'MELVENY & MYERS LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street |
| | San Francisco, California 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| | Attorneys for Defendants |
| 6 | Pixar Animation Studios, Disney Enterprises, Inc., and |
| | Chronicle Books, LLC |

**IT IS SO ORDERED**
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STANLEY G. MILLER, | Case No. C-02-4748 JW |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND ORDER** |
| v. | |
| PIXAR ANIMATION STUDIOS, INC., et al., | |
| Defendants. | |

Plaintiff Stanley Miller ("Miller") and Defendants Pixar Animation Studios, Disney Enterprises, Inc., and Chronicle Books, LLC ("Defendants"), stipulate and jointly request that the Court modify the Scheduling Order dated June 15, 2005 (the "June 15, 2005 Scheduling Order"). The parties make this request pursuant to Civil L.R. 6-2 and 7-11, and a declaration supporting this motion is submitted herewith. The parties request this modification for the following reasons:

- Since entry of the June 15, 2005 Scheduling Order, the parties have worked diligently to complete damages discovery. The parties also have agreed to a January 18, 2006 mediation before the Hon. Edward A. Infante.
- The parties have made substantial progress toward completing damages discovery, including the partial exchange of damages-related documents, the resolution of a number of discovery

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER
C-02-4748 JW

disputes without motion practice and Miller's service of his damages expert's report. However, issues regarding production of documents from a third party have materially impeded the parties' ability to complete damages discovery. Those documents are, in Defendants' view, essential to the deposition of Miller's damages expert. In light of the ongoing difficulties regarding these documents, the parties agreed to seek a continuance of the remaining dates for damages discovery and pretrial preparation.

- Although progress has been made regarding production from the third party, that process is not complete. Consequently, the parties have been unable to set a schedule for completion of the remaining damages discovery tasks.
- The parties have encountered some disputes regarding damages discovery from one another and are engaged in ongoing efforts to resolve these disputes without motion practice.
- In light of the foregoing, the parties request that the Court vacate several of the dates set in the June 15, 2005 Scheduling Order and continue the Preliminary Pretrial and Trial Setting Conference until March 13, 2006. As soon as they are able to do so, the parties will submit a further stipulation regarding these vacated dates.

(Declaration of David R. Eberhart In Support of Stipulated Request ¶¶ 2-6.) Accordingly, the parties stipulate and request that the Court modify the following paragraphs of the June 15, 2005 Scheduling Order as follows:

B.     Disclosure of Damages Expert Witnesses

    5.     The December 19, 2005 deadline for hearing a motion to exclude a damages expert or any portion of damages expert's testimony is vacated. The parties shall submit, at the earliest practicable date, but no later than December 16, 2005, a stipulation requesting a new deadline.

C.     Rebuttal Damages Expert Witnesses

    6.     The October 21, 2005 deadline for a party proffering a rebuttal damages expert to make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B) is vacated. The parties shall submit, at the earliest practicable date, but no later than December 16, 2005, a stipulation requesting a new deadline.

E. Close of Discovery

8. The November 11, 2005 date for the close of discovery is vacated. The parties shall submit, at the earliest practicable date, but no later than December 16, 2005, a stipulation requesting a new date.

F. Last date for Hearing Dispositive Motions

9. The December 12, 2005 deadline for hearing dispositive motions is vacated. The parties shall submit, at the earliest practicable date, but no later than December 16, 2005, a stipulation requesting a new deadline.

G. Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order

10. The attorneys who will try the case are ordered to confer with one another and to file and lodge with Chambers on February 24, 2006 [_____], a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, stating their readiness for trial, the amount of time which the Court should allocate for trial and the calendar period for the trial. Ordinarily, depending on the length of the trial the Court will set the trial during a calendar period approximately three to four months after the Preliminary Pretrial and Trial Setting Conference. In the Statement discussed in this paragraph, the parties should show any cause why the case should be advanced or delayed beyond this period.

11. The attorneys who will try the case are ordered to appear on March 13, 2006 [_____] at 11:00 a.m. [_____ __.m.] for a Preliminary Pretrial and Trial Setting Conference.

None of the dates set in this order may be changed without an order of the court made after a motion is duly filed and made pursuant to the local rules of this court.

The parties make this request for good cause and not for the purpose of delay. The Court has previously modified the schedule in this case pursuant to the parties' stipulated request on June 20, 2003, July 31, 2003, October 23, 2003, January 15, 2004, October 13, 2004, and November 15, 2004.

Dated: November 23, 2005

JOHN R. HEISNER
DONALD G. REZ
BARTON L. JACKA
SULLIVAN, HILL, LEWIN, REZ &
ENGEL

By  /s/ Barton L. Jacka
    Barton L. Jacka
Attorneys for Plaintiff Stanley G. Miller

GEORGE A. RILEY
DAVID R. EBERHART
O'MELVENY & MYERS LLP

By /s/ David R. Eberhart
    David R. Eberhart
Attorneys for Defendants Pixar Animation
Studios, Disney Enterprises, Inc., and
Chronicle Books, LLC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Barton L. Jacka

    /s/ David R. Eberhart
    David R. Eberhart
    O'MELVENY & MYERS LLP
    *Attorneys for Defendants*
    Pixar Animation Studios, Disney
    Enterprises, Inc., and Chronicle
    Books, LLC.

## ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the June 15, 2005 Scheduling Order is modified in accordance with the schedule set forth above.

    Honorable James Ware
    United States District Judge

SF1:609322.1

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER
C-02-4748 JW

4