1  GEORGE A. RILEY (S.B. #118304)
   DAVID R. EBERHART (S.B. #195474)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California 94111-3305
4  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
5
   Attorneys for Defendants
6  Pixar Animation Studios, Disney Enterprises, Inc., and
   Chronicle Books, LLC
7

   *IT IS SO ORDERED*
   /s/ James Ware
   Judge James Ware

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | STANLEY G. MILLER,            | Case No. C-02-4748 JW
12 |     Plaintiff,                 | **STIPULATED REQUEST TO MODIFY
   |                                | SCHEDULING ORDER AND
13 |     v.                         | [PROPOSED] ORDER**
14 | PIXAR ANIMATION STUDIOS, INC., et
   | al.,
15 |
   |     Defendants.
16 |

17

18      Plaintiff Stanley Miller ("Miller") and Defendants Pixar Animation Studios, Disney

19 Enterprises, Inc., and Chronicle Books, LLC ("Defendants"), stipulate and jointly request that the

20 Court modify the Scheduling Order dated November 28, 2005 (the "November 28, 2005

21 Scheduling Order") to set the remaining case management dates. The parties make this request

22 pursuant to Civil L.R. 6-2 and 7-11, and a declaration supporting this motion is submitted

23 herewith. The parties request this modification for the following reasons:

24 • Following entry of the November 28, 2005 Scheduling Order, the parties have worked

25   diligently to complete damages discovery and have made further progress. They have not,

26   however, completed that discovery process.

27 • As set forth in their stipulation of November 23, 2005, the parties have met and conferred and

28   agreed to further dates that they believe will enable them to efficiently complete damages

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER
C-02-4748 JW

discovery.

(Declaration of David R. Eberhart In Support of Stipulated Request ¶¶ 2-3.) Accordingly, the parties stipulate and request that the Court modify the following paragraphs of the November 28, 2005 Scheduling Order as follows:

B.  Disclosure of Damages Expert Witnesses

5. Any party objecting to the qualifications or proposed testimony of a damages expert must file, serve and notice a motion to exclude the damages expert or any portion of the damages expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than March 27, 2006 at 9:00 a.m.

C.  Rebuttal Damages Expert Witnesses

6. If the testimony of the damages expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal damages expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than January 27, 2006.

E.  Close of Discovery

8. Pursuant to Civil L.R. 26-2, all discovery, including supplemental disclosures and depositions of expert witnesses, must be completed by February 17, 2006.

F.  Last Date for Hearing Dispositive Motions

9. The last day for hearing dispositive motions is March 20, 2006 at 9:00 a.m. Any motions must be noticed in accordance with the Local Rules of this Court.

None of the dates set in this order may be changed without an order of the Court made after a motion is duly filed and made pursuant to the local rules of this Court.

The parties acknowledge that the proposed deadlines for the hearing of dispositive motions and of motions to exclude damages expert testimony would cause those hearings to take place after the March 13, 2006 preliminary pretrial and trial setting conference. Because the parties do not know whether any such motions will be filed, they are not requesting that the Court continue at this time the dates for the filing of the preliminary pretrial and trial setting conference statement or for the preliminary pretrial and trial setting conference. If any such motions are

filed, the parties will meet and confer in an effort to submit a stipulated request to continue those events to new agreed dates that fall after the hearings on any pending motions.

The parties make this request for good cause and not for the purpose of delay. The Court has previously modified the schedule in this case pursuant to the parties' stipulated request on June 20, 2003, July 31, 2003, October 23, 2003, January 15, 2004, October 13, 2004, November 15, 2004, and November 28, 2005.

Dated: December 16, 2005

JOHN R. HEISNER
DONALD G. REZ
BARTON L. JACKA
SULLIVAN, HILL, LEWIN, REZ & ENGEL

By  /s/ Barton L. Jacka
    Barton L. Jacka
Attorneys for Plaintiff Stanley G. Miller

GEORGE A. RILEY
DAVID R. EBERHART
O'MELVENY & MYERS LLP

By /s/ David R. Eberhart
    David R. Eberhart
Attorneys for Defendants Pixar Animation Studios, Disney Enterprises, Inc., and Chronicle Books, LLC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Barton L. Jacka

 /s/ David R. Eberhart
David R. Eberhart
O'MELVENY & MYERS LLP
*Attorneys for Defendants*
Pixar Animation Studios, Disney Enterprises, Inc., and Chronicle Books, LLC.

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER
C-02-4748 JW

3

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the November 28, 2005 Scheduling Order is modified in accordance with the schedule set forth above.

Dated: 12/20/05

_____
Honorable James Ware
United States District Judge

SF1:611956.1

STIPULATION TO MODIFY SCHEDULING
ORDER AND [PROPOSED] ORDER
C-02-4748 JW

4